UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FERNANDO GONZALEZ )  | | |
|     Plaintiff, ) | Civil Action No. 14-11962 | |
| v. ) | | |
| ) | | |
| B & D FISHING CORP. as owners of the ) | | |
| F/V BULLDOG ) | | |
|     Defendant. ) | | |

## SEAMAN'S AFFIDAVIT

I, Brian Keane, Attorney for the Plaintiff, on oath depose and state as follows:

The Plaintiff in the above-entitled action is a seaman and claims the benefits of 28 U.S.C. § 1916, which states that:

> In all courts of the United States, seamen may institute and prosecute suits and appeals in their own names and for their own benefit for wages or salvage or the enforcement of laws enacted for their health or safety without prepaying fees or costs or furnishing security therefore.

Respectfully submitted
For Plaintiff,
By his attorney,

/s/ Brian Keane
Brian Keane, B.B.O. No. 656717
THE KAPLAN/BOND GROUP
88 Black Falcon Avenue, Suite 301
Boston, MA 02210
(617) 261-0080
bkeane@kaplanbond.com

---

I certify that a true copy of the above document was served upon each attorney of record by ECF on April 29, 2014.

 /s/ Brian Keane