Civil Action No. 1:14-CV-11962-DJC

|   |   |
|---|---|
| FERNANDO GONZALEZ, | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| B & D FISHING CORP., as owners of the, | ) |
| F/V BULLDOG | ) |
| Defendant. | ) |

## CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT, B & D FISHING CORP., as owner of the, F/V BULLDOG

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, the defendant, B & D Fishing Corp., states that it is a business organized under the laws of the Commonwealth of Massachusetts and is a private company, and no publically held corporation holds more than 10% of its stock.

For the Defendant,
**B & D Fishing Corp., as owners
of the F/V BULLDOG**
By its attorneys,

**REGAN & KIELY LLP**


     /s/ Sean P. Scanlon
Joseph A. Regan, Esquire (BBO #543504)
Sean P. Scanlon, Esquire (BBO #657380)
88 Black Falcon Avenue, Suite 330
Boston, MA  02210
(617)723-0901 *telephone*
(617)723-0977 *facsimile*
jar@regankiely.com
sps@regankiely.com

## CERTIFICATE OF SERVICE

I, Sean P. Scanlon, hereby certify that the Corporate Disclosure Statement of Defendant, B & D Fishing Corp., as owners of the F/V BULLDOG, filed through the ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants, on May 7, 2014.

／s/Sean P. Scanlon