UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

_____
                                    )
**FERNANDO GONZALEZ,**              )
    **Plaintiff**              )
                                    )   **Civil Action No.: 14-11962**
**V.**                              )
                                    )
**B & D FISHING CORP,**             )
    **Defendant**              )
_____)

## PLAINTIFF'S LIST OF WITNESSES

    Now comes the Plaintiff in the above-captioned matter and respectfully submits his list of witnesses that may be called to testify in his case in chief:

1. Fernando Gonzalez
   15 Warren Street
   New Bedford, MA 02744

2. Marissa Smith
   15 Warren Street
   New Bedford, MA 02744

3. Captain Tom Simpson
   5 Fairview Avenue
   South Portland, ME 04106

4. Deck boss Kevin Simpson
   1 Woods Edge
   Alfred, ME 04002

5. Crewmember Corey Crouse
   789 Newall Brook Road
   Durham, ME 04222

6. Paul Previty
   18 Wilford Court
   Pawcatuck, CT 06379

7. Dr. Marcovici
   Southcoast Brain & Spine
   480 Hawthorn Street
   Dartmouth, MA 02747

8. Dr. Daniel H. Park
   SouthCoast Physicians Group
   200 Mill Street, Suite 210
   Fairhaven, MA 02719

9. Treating Doctors and/or Practitioners
   Health Clinic dba Metromedic Walk In
   1155 Purchase Street
   New Bedford, MA 02740

10. Keeper of the Records
    Health Clinic dba Metromedic Walk In
    1155 Purchase Street
    New Bedford, MA 02740

11. Treating Doctors and/or Practitioners
    Advanced Wellness & Rehab
    1155 Purchase Street
    New Bedford, MA 02740

12. Keeper of the Records
    Advanced Wellness & Rehab
    1155 Purchase Street
    New Bedford, MA 02740

13. Treating Doctors and/or Practitioners
    Beth Israel Deaconess
    1135 Tremont Street. REN 5
    Boston, MA 02215

14. Keeper of the Records
    Beth Israel Deaconess
    1135 Tremont Street. REN 5
    Boston, MA 02215

15. Treating Doctors and/or Practitioners
    EasCare Ambulance
    500 Neponset Ave

Dorchester, MA 02122

16. Keeper of the Records
    EasCare Ambulance
    500 Neponset Ave
    Dorchester, MA 02122

17. Treating Doctors and/or Practitioners
    Greater New Bedford Community Health Center
    874 Purchase Street
    New Bedford, MA 02740

18. Keeper of the Records
    Greater New Bedford Community Health Center
    874 Purchase Street
    New Bedford, MA 02740

19. Treating Doctors and/or Practitioners
    Park Surgical Associates, Inc.
    One Pearl Street
    Brockton, MA 02301

20. Keeper of the Records
    Park Surgical Associates, Inc.
    One Pearl Street
    Brockton, MA 02301

21. Treating Doctors and/or Practitioners
    Shields MRI
    55 Christy's Driver
    Brockton, MA 02301

22. Keeper of the Records
    Shields MRI
    55 Christy's Driver
    Brockton, MA 02301

23. Keeper of the Records
    Southcoast Brain & Spine
    480 Hawthorn Street
    Dartmouth, MA 02747

24. Keeper of the Records

SouthCoast Physicians Group
   200 Mill Street, Suite 210
   Fairhaven, MA 02719

25. Treating Doctors and/or Practitioners
    St. Luke's Hospital
    101 Page Street
    New Bedford, MA 02740

26. Keeper of the Records
    St. Luke's Hospital
    101 Page Street
    New Bedford, MA 02740

27. Treating Doctors and/or Practitioners
    Southcoast Rehabilitation Associates, P.C
    480 Hawthorn Street, Suite 4
    Dartmouth, MA 02747

28. Keeper of the Records
    Southcoast Rehabilitation Associates, P.C
    480 Hawthorn Street, Suite 4
    Dartmouth, MA 02747

    Plaintiff reserves the right to call any witness listed by the Defendant and to supplement prior to trial.

                                    Respectfully submitted by the Plaintiff
                                    FERNANDO GONZALEZ


                                    /s/ Carolyn M. Latti
                                    Carolyn M. Latti, BBO #567394
                                    David F. Anderson, BBO #560994
                                    Latti & Anderson LLP
                                    30-31 Union Wharf
                                    Boston, MA 02109
                                    (617) 523-1000
                                    DAnderson@lattianderson.com

Dated: October 22, 2015

**CERTIFICATE OF ELECTRONIC SERVICE**

      I hereby certify that on the above date I electronically filed the above pleading with the Clerk of the Court using CM/ECF system which will send notification of such filing(s) to all counsel of record in the above captioned matter.

                                       Respectfully submitted for the
                                       Plaintiff, Fernando Gonzalez

                                       /s/Carolyn M. Latti
                                       Carolyn M. Latti