UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

_____
                                   )
**FERNANDO GONZALEZ,**             )
    Plaintiff    )
                                   )    **Civil Action No.: 14-11962**
**V.**                             )
                                   )
**B & D FISHING CORP,**            )
    Defendant    )
_____)

## PLAINTIFF'S EXHIBIT LIST

NOW comes, the Plaintiff, Fernando Gonzalez, by and through his attorneys, and respectfully submits his list of Exhibits that he will seek to admit into evidence at the trial in this action:

Pl's Ex.A.  Photograph of the vessel;

Pl's Ex.B.  Photograph of the vessel;

Pl's Ex.C.  Photograph of the vessel;

Pl's Ex.D.  Photograph of the vessel;

Pl's Ex.E.  Photograph of the vessel;

Pl's Ex.F.  Photograph of the vessel;

Pl's Ex.G.  Photograph of the vessel;

Pl's Ex.H.  Photograph of the vessel;

Pl's Ex.I.  Settlement Sheets from the F/V BULLDOG

Pl's Ex.J.  Entries from Log Book from F/V BULLDOG;

Pl's Ex.K.  Video taken on vessel during steam home to New Bedford after injury;

Pl's Ex.L.  Video taken at Beth Israel Deaconess;

Pl's Ex.M.  Photograph showing face and next approximately 3 weeks after accident;

Pl's Ex.N.  Photograph showing face and next approximately 3 weeks after accident;

Pl's Ex.O.  Medical records from Southcoast Hospital Group—St. Luke's Hospital (all depts);

Pl's Ex.P.  Medical records of Shield's MRI;

Pl's Ex.Q.  Medical records from Beth Israel Deaconess;

Pl's Ex.R.  Medical records from Beth Israel Radiology;

Pl's Ex.S.  Medical records of Advanced Wellness & Rehab Center;

Pl's Ex.T.  Medical records of Health Clinic d/b/a Metromedic Walk In;

Pl's Ex.U.  Medical records of EasCare LLC Ambulance Service;

Pl's Ex.V.  Medical records of Greater New Bedford Community Health Center, Inc.;

Pl's Ex.W. Medical records of Southcoast Brain & Spine Center;

Pl's Ex.X.  Medical records of Southcoast Rehabilitation Associates, PC;

Pl's Ex.Y.  Medical records of Park Surgical Associates;

Pl's Ex.Z.  Medical records of Southcoast Physicians Group;

Pl's Ex.AA.    2011 1099-MISC tax document of the Plaintiff;

Pl's Ex.BB.    2010 1099-MISC tax document of the Plaintiff;

Pl's Ex.CC.    Model of dragger fishing vessel;

Pl's Ex.DD.    Section of rope.

Respectfully submitted for the
the Plaintiff, FERNANDO GONZALEZ by his attorney,


/s/ David F. Anderson
Carolyn M. Latti,
BBO #567394
David F. Anderson,
BBO #560994
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000


Dated: October 22, 2015



### CERTIFICATE OF ELECTRONIC SERVICE

     I hereby certify that on the above date I electronically filed the above pleading with the Clerk of the Court using CM/ECF system which will send notification of such filing(s) to all counsel of record in the above captioned matter.

                                          Respectfully submitted for the
                                          Plaintiff, Fernando Gonzalez


                                          /s/ David F. Anderson
                                          David F. Anderson